IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WINTERSPRING DIGITAL LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 2:23-cv-00012-JRG-RSP |
| MEDIATEK INC., | § § § | |
| *Defendant.* | § § § | |

## ORDER

Before the Court is Plaintiff Winterspring Digital LLC's Motion for Issuance of Request for Judicial Assistance – Letters Rogatory. **Dkt. No. 6**. Winterspring respectfully requests that this Court issue Letters Rogatory seeking the assistance of the Taiwanese authority in effecting service of the Complaint and Summons upon Defendant MediaTek Inc.

After due consideration, the Court **GRANTS** the motion. Accordingly, the Court will execute the Request for Judicial Assistance attached as Exhibit A to Winterspring's motion. The Clerk is DIRECTED to authenticate, under seal of this Court, the Court's signature on the Request for Judicial Assistance and prepare two certified copies of the signed and sealed letter. Vincent J. Rubino, III, of Fabricant LLP, 411 Theodore Fremd Avenue, Suite 206 South, Rye, NY 10580, or his agent, is hereby **ORDERED** to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued Request for Judicial Assistance to the proper authority in Taiwan.

**SIGNED this 16th day of March, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE